948

No. 75–1313. COLLINS v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 75–1315. LINDSEY ET AL. v. LOUISIANA THROUGH THE SABINE RIVER AUTHORITY. C. A. 5th Cir. Certiorari denied.

No. 75–1317. ZARKOS ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO (RIGGS, REAL PARTY IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 75–1353. BURLESON v. FRIEDLI ET AL. Ct. App. D. C. Certiorari denied.

No. 75–1363. ALESSIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1365. WHEELER v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 75–1366. GARNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1372. MULES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–1379. MEYER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1389. FINFROCK ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–1396. ROCHELLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1399. WARIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.